FILED

09/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0429

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| R. ALLAN PAYNE, <br><br>       Appellant/Petitioner, <br><br> vs. <br><br> FERRY LANE MANAGEMENT, LLC, a Wyoming limited liability company, <br><br>       Appellee/Respondent. | Case No.:  DA 24-0429 <br><br><br> **ORDER GRANTING MOTION FOR EXTENSION** |

Appellant R. Allan Payne having filed an *Unopposed Motion for Extension* of time within which to file Appellant's Opening Brief, and good cause appearing therefor;

IT IS HEREBY ORDERED THAT said Motion is GRANTED. Appellant's Opening Brief is due on or before October 14, 2024.

**ELECTRONICALLY DATED AND SIGNED BELOW**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 10 2024